IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGROCOOPERATIVE LTD, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION  4:14-CV-1707 |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| SONANGOL SHIPPING ANGOLA § | |
| (LUANDA) LIMITADA, *et al.*, § | |
| § | |
| Defendant and Garnishees. § | |

**MOTION FOR ORDER FOR ISSUANCE OF
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff Agrocooperative LTD hereby moves, pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, for the issue of writs of maritime garnishment for property of Defendant Sonangol Shipping Angola (Luanda) Limitada, held or controlled by garnishees or their agents located in this District. In further support of this motion, Plaintiff submits the accompanying memorandum, draft order, and draft writs.

WHEREFORE, Agrocooperative LTD respectfully requests this Court grant its motion.

Dated: June 18, 2014.

2279654-1

Respectfully Submitted,

/s/ Kevin P. Walters
Kevin P. Walters
SBN: 20818000
Federal ID: 5649
Dimitri P. Georgantas
SBN: 07805100
Federal ID: 2805
CHAFFE MCCALL LLP
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806
georgantas@chaffe.com
walters@chaffe.com

ATTORNEYS FOR PLAINTIFF,
AGROCOOPERATIVE LTD

OF COUNSEL:

J. Stephen Simms
Marios J. Monopolis
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Hunt Valley, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com
mjmonopolis@simmsshowers.com

2279654-1