IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGROCOOPERATIVE LTD, <br><br> Plaintiff, <br><br> v. <br><br> SONANGOL SHIPPING ANGOLA (LUANDA) LIMITADA, *et al.*, <br><br> Defendants and Garnishees. | § § § § § § § § § § § <br> C.A. NO. 14-CV-01707 <br><br> IN ADMIRALTY, Rule 9(h) |

## STENA SONANGOL (USA) LLC'S
## VERIFIED ANSWER TO WRIT OF GARNISHMENT

Stena Sonangol (USA) LLC files this Answer to Process of Maritime Attachment and Garnishment dated August 12, 2014, and would respectfully show this Honorable Court as follows:

1. The Process of Maritime Attachment and Garnishment dated August 12, 2014 ("Writ") was served on Stena Sonangol (USA) LLC, as garnishee, by Federal Express delivery of a copy to Corporation Service Company, the registered agent for Stena Sonangol (USA) LLC, in Austin, Texas, on August 20, 2014. The Writ is directed to "Stena Sonangol" as garnishee.

2. Stena Sonangol (USA) LLC does not have possession, custody, or control of any tangible or intangible property of Sonangol Shipping Angola (Luanda) Limitada, Defendant, or of Sonangol E.P., Defendant, and does not owe any debts to Defendants. Also, Stena Sonangol (USA) LLC does not have possession, custody, or control of any property located anywhere that is held by Stena Sonangol (USA) LLC as fiduciary in which the Defendants have an interest. At the time of service of the Writ, and at the time of this Answer, and in between these times, Stena Sonangol (USA) LLC did not and does not have possession, custody, or control of any such tangible or intangible property of the Defendants.

40929384.1

3. Stena Sonangol (USA) LLC does not have possession, custody, or control of any debts, credits, or effects of the Defendants in this District or anywhere else.

4. Stena Sonangol (USA) LLC does not expect to obtain possession of any such tangible or intangible property of the Defendants in the foreseeable future.

5. Since the garnishee, Stena Sonangol (USA) LLC, does not have possession, custody, or control of any property that is the subject of the Writ, Stena Sonangol (USA) LLC prays that it be discharged and dismissed from this case.

Dated: _August 25_, 2014    Respectfully submitted,

Christopher R. Hart
*Attorney-in-Charge*
State Bar No. 09136310
Federal ID No. 12517
chris.hart@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:   (713) 651-5151
Facsimile:   (713) 651-5246

Counsel for Garnishee
Stena Sonangol (USA) LLC

OF COUNSEL

FULBRIGHT & JAWORSKI LLP

Lisa Houssiere
State Bar No. 24056950
Federal ID No. 904591
lisa.houssiere@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:   (713) 651-5151
Facsimile:   (713) 651-5246

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's ECF system on *August 25*, 2014, in accordance with the Federal Rules of Civil Procedure, with local rules, and with the Court's procedures, and a copy has been served by U.S. First Class mail to plaintiff's attorney at the following address.

Mr. Dimitri P. Georgantas
Chaffe McCall, LLP
801 Travis Street, Suite 1910
Houston, Texas  77002

_____
Christopher R. Hart

## VERIFICATION

I, William L. Warnement Jr., declare as follows:

I am the Corporate Secretary of Stena Sonangol (USA) LLC. As an officer of this company, I am authorized to execute this Verification for, and on behalf of, Stena Sonangol (USA) LLC.

I have read the foregoing Stena Sonangol (USA) LLC's Verified Answer to Writ of Garnishment and know its contents. I declare that the facts stated in the Verified Answer to Writ of Garnishment are true and correct and are within my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: 8/25/14

_____
William L. Warnement Jr., Corporate Secretary,
Stena Sonangol (USA) LLC