IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGROCOOPERATIVE LTD, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | C.A. NO. 14-CV-01707 |
| SONANGOL SHIPPING ANGOLA (LUANDA) LIMITADA, | § § § | IN ADMIRALTY, Rule 9(h) |
| and | § § | |
| SONANGOL E.P. | § § | |
| Defendants, | § § | |
| AND | § § | |
| SONANGOL U.S.A. COMPANY, | § § | |
| SONANGOL MARINE SERVICES INC., | § § § | |
| SONANGOL HIDROCARBONETOS USA LTD., | § § § | |
| SONANGOL GAS NATURAL COMPANY, | § § § | |
| STENA SONANGOL, | § § | |
| SONANGOL OFFSHORE SERVICES COMPANY, | § § § | |
| and | § § | |
| SONANGOL INTERNATIONAL PROCUREMENT INC. | § § § | |
| Garnishees. | § § | |

# GARNISHEE SONANGOL GAS NATURAL COMPANY'S ANSWER TO AGROCOOPERATIVE LTD.'S AMENDED VERIFIED COMPLAINT WITH REQUEST FOR WRIT OF MARITIME ATTACHMENT & GARNISHMENT

Garnishee, Sonangol Gas Natural Company, files this Answer to Agrocooperative Ltd.'s Verified Amended Complaint with Request for Writ of Maritime Attachment & Garnishment.

## ORIGINAL ANSWER

1. Garnishee, Sonangol Gas Natural Company, does not have possession, custody or control of any property or assets of Sonangol Shipping Angola (Luanda) Limitada ("Sonangol Shipping Luanda") or Sociedade Nacional de Combustiveis de Angola Empresa Publica ("Sonangol E.P."), Defendants in this action, including, but not limited to, any cash, funds, credits, wire transfers, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub charter hire, or any other tangible or intangible property or assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Sonangol Shipping Luanda or Sonangol E.P., nor does Garnishee anticipate the receipt of any such property or assets.

2. Garnishee, Sonangol Gas Natural Company has no such property, neither in this District nor anywhere else.

3. Garnishee, Sonangol Gas Natural Company, attaches the Affidavit of Gary W. Dugger, Attorney for Sonangol Gas Natural Company, in support hereof.

4. Garnishee, Sonangol Gas Natural Company prays that it be discharged and dismissed from this case.

Respectfully submitted,
DUGGER & ASSOCIATES

By: \_\_\_\_/s/ Matthew A. Key\_\_\_\_\_
Matthew A. Key
Attorney-In-Charge for Garnishee
State Bar No.: 24072180
S.D. Tex. Bar No.: 1150368
1401 Enclave Parkway, Suite 125
Houston, Texas 77077
E-mail: mkey@duggerlaw.com
Tel.: 281.497.1770
Fax: 281.497.1459

# **CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of September, 2014, a true and complete copy of the foregoing document was served via the Court's CM/ECF's system and/or first class mail on all counsel of record.

/s/ Matthew A. Key

*M:\Sonangol Shipping Luanda Limited\Agro V SGNC\SDTX\SGNC Answer 8-29-14.Doc*