IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGROCOOPERATIVE LTD, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | C.A. NO. 14-CV-01707 |
| SONANGOL SHIPPING ANGOLA (LUANDA) LIMITADA, | § § § | IN ADMIRALTY, Rule 9(h) |
| and | § § | |
| SONANGOL E.P. | § § § | |
| Defendants, | § § | |
| AND | § § | |
| SONANGOL U.S.A. COMPANY, | § § | |
| SONANGOL MARINE SERVICES INC., | § § § | |
| SONANGOL HIDROCARBONETOS USA LTD., | § § § | |
| SONANGOL GAS NATURAL COMPANY, | § § § | |
| STENA SONANGOL, | § § | |
| SONANGOL OFFSHORE SERVICES COMPANY, | § § § | |
| and | § § | |
| SONANGOL INTERNATIONAL PROCUREMENT INC. | § § § | |
| Garnishees. | § § | |

1

## AFFIDAVIT OF GARY W. DUGGER

STATE OF TEXAS §
HARRIS COUNTY §

Before me, the undersigned notary, on this day personally appeared Gary W. Dugger, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. My name is Gary W. Dugger. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I, Gary W. Dugger, have served as counsel for numerous companies in the Sonangol Group for seventeen years, including Sonangol Gas Natural Company since July 21, 2010. I am well informed regarding the business activities of Sonangol Gas Natural Company and have consulted with senior management of Sonangol Gas Natural Company in making this affidavit. The reason I make this affidavit instead of Sonangol Gas Natural Company is because all officers and other senior management of Sonangol Gas Natural Company are currently outside of the United States.

3. Sonangol Gas Natural Company does not have possession, custody or control of any property or assets of Sonangol Shipping Angola (Luanda) Limitada ("Sonangol Shipping Luanda") or Sociedade Nacional de Combustiveis de Angola Empresa Publica ("Sonangol E.P."), including, but not limited to, any cash, funds, credits, wire transfers, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub charter hire, or any other tangible or intangible property or assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Sonangol Shipping Luanda or Sonangol E.P., nor does Sonangol Gas Natural Company anticipate the receipt of any such property or assets.

4. Sonangol Gas Natural Company has no such property, neither in this District nor anywhere else.

_____
Gary W. Dugger, Affiant

SWORN TO and SUBSCRIBED before me by Gary W. Dugger on __September 5__, 2014.

MARICRUZ PEREZ
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 10, 2015

_____
Notary Public in and for the State of Texas

*M:\Sonangol Shipping Luanda Limited\Agro V SGNC\SDTX\SGNC Affidavit 8-29-14.Docx*