IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGROCOOPERATIVE LTD., | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-14-1707 |
| SONANGOL SHIPPING ANGOLA (LUANDA) LIMITADA and SONANGOL E.P., | § § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION, AND ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order dated December 15, 2014,[1] the court is of the opinion that said Memorandum, Recommendation, and Order should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 8th day of January, 2015.

/s/ Sim Lake
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum, Recommendation, and Order.