IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGROCOOPERATIVE LTD, | § |
| | § |
|    Plaintiff, | § |
| | §   CIVIL ACTION 14-cv-01707 |
| vs. | § |
| | §   IN ADMIRALTY, Rule 9(h) |
| SONANGOL SHIPPING ANGOLA | § |
| (LUANDA) LIMITADA, *et al.*, | § |
| | § |
|    Defendants and Garnishees. | § |

## MOTION FOR ORDER FOR ISSUANCE OF
## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Plaintiff Agrocooperative LTD hereby moves, pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, for the issue of writ of maritime garnishment for property of Defendants Sonangol Shipping Angola (Luanda) Limitada and Sonangol EP, held or controlled by garnishees or their agents located in this District. In further support of this motion, Plaintiff submits the accompanying memorandum, draft order, and draft writ.

WHEREFORE, Agrocooperative LTD respectfully requests this Court grant its motion.

Dated: January 12, 2015.

                                                  Respectfully Submitted,

| | |
|---|---|
| Dimitri P. Georgantas | /s/ Marios J. Monopolis |
| SBN: 07805100, FBN: 2805 | J. Stephen Simms, pro hac vice |
| Kevin P. Walters | Marios J. Monopolis, pro hac vice |
| SBN: 20818000, FBN: 5649 | Simms Showers LLP |
| Chaffe McCall LLP | 201 International Circle, Suite 250 |
| 801 Travis Street, Suite 1910 | Hunt Valley, Maryland 21030 |
| Houston, Texas 77002 | Telephone: (410) 783-5795 |
| Telephone: (713) 546-9800 | Facsimile: (410) 510-1789 |
| Facsimile: (713) 546-9806 | jssimms@simmsshowers.com |
| georgantas@chaffe.com | mjmonopolis@simmsshowers.com |
| walters@chaffe.com | |

Attorneys for Agrocoooperative LTD

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of January 2015, a true and complete copy of the foregoing document was served via the Court's CM/ECF's system for service on all counsel of record.

                                            /s/ Marios J. Monopolis