**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AGROCOOPERATIVE LTD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION 14-cv-01707 |
| vs. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| SONANGOL SHIPPING ANGOLA | § | |
| (LUANDA) LIMITADA, *et al.*, | § | |
| | § | |
| Defendants and Garnishees. | § | |

**ORDER DIRECTING CLERK TO ISSUE**
**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Upon reading and filing the Verified Complaint of Plaintiff Agrocooperative LTD, verified on June 18, 2014 by Dimitri P. Georgantas, and the Amended Verified Complaint, verified by J. Stephen Simms on August 8, 2014, that to the best of his information and belief, Defendants Sonangol Shipping Angola (Luanda) Limitada and Sonango, EP cannot be found within this district, and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon Plaintiff's motion, it is hereby,

**ORDERED**, that the Clerk of this Court is authorized to issue the Process of Maritime Attachment and Garnishment against all assets, cash, deposits, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendants, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, including, without limitation, assets held by or at Garnishee Daewoo

Shipbuilding & Marine Engineering Co., Ltd. in an amount up to and including **$11,373,000**

pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the

Federal Rules of Civil Procedure; and it is further

     **ORDERED**, that any person claiming an interest in the property attached or garnished

pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which

the Plaintiff shall be required to show why the garnishment should not be vacated or other relief

granted: and it is further

     **ORDERED**, that following initial service by the United States Marshal or other designated

process server upon each garnishee, supplemental service of the Process of Maritime

Garnishment, as well as this Order, may be made by way of facsimile transmission or email to each

garnishee and, it is further,

     **ORDERED**, that service on any garnishee as described above is deemed continuous

throughout the day from the time of such service through the opening of the garnishee's business

the next business day; and, it is further,

     **ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means;

     **ORDERED**, that a copy of this Order be attached to and served with the said Process of

Maritime Attachment and Garnishment; and, it is further,

     **ORDERED,** that to afford an opportunity for an expeditious hearing of any objections

which might be raised by Defendant, or Garnishee, a hearing may be set by calling the case

manager of the undersigned.

     Signed at Houston this ___ day of January 2105.

**SO ORDERED:**

_____

UNITED STATES DISTRICT / MAGISTRATE JUDGE